**Theodore BAKER, Raymond Strawder, Yohannes Jackson, Mark A. Simon and Malcolm Nelson, Plaintiffs,**

**Milton Goodman, Anthony Canady, Tyrone Sanchez and Richard Jackson, Plaintiffs–Appellants,**

**v.**

**Mario CUOMO, Governor of the State of New York, Thomas A. Coughlin, Commissioner of New York State Department of Correctional Services, Defendants–Appellees.**

Nos. 565, 1135–1137, Dockets 94–2163, 94–2164, 94–2165 and 94–2176.

United States Court of Appeals, Second Circuit.

Petition for Rehearing, Submitted May 26, 1995.

Decided Oct. 10, 1995.

Before: NEWMAN, Chief Judge, KEARSE, MINER, ALTIMARI, MAHONEY, WALKER, McLAUGHLIN, JACOBS, and PARKER, Circuit Judges.*

---

* Circuit Judges Ralph K. Winter, Pierre N. Leval, Guido Calabresi, and José A. Cabranes recused themselves.

Suggestion for rehearing in banc of an appeal of a judgment of the District Court for the Southern District of New York (Vincent L. Broderick, Judge) dismissing a complaint of state prisoners alleging denial of voting rights. Panel remanded, and denied petition for rehearing, *Baker v. Cuomo*, 58 F.3d 814 (2d Cir.1995). Rehearing in banc ordered.

PER CURIAM:

The Court orders a rehearing in banc, limited to the issue of the applicability of the Voting Rights Act. *See Baker v. Cuomo*, 58 F.3d 814 (2d Cir.1995).